IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | | |
|---|---|---|
| ABIRA MEDICAL LABORATORIES, | § | |
| LLC, d/b/a GENESIS DIAGNOSTICS, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | C.A. No. 3:23-cv-03777(RK)(TJB) |
| | § | |
| CORESOURCE, INC., AND ITS | § | |
| AFFILIATES, ABC COMPANIES 1-100 | § | |
| AND JOHN DOES 1-100, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

---

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT
PURSUANT TO FED. R. CIV.P. 12 AND L.CIV.R. 12.1**

---

TO:    Ade Omojola, Esq.
        Corporate Counsel
        Abira Medical Laboratories, LLC
        957 Rt. 33 Suite 12 #322
        Hamilton Square, NJ 08690

**PLEASE TAKE NOTICE** that on August 21, 2023, at 9:00 a.m., or as soon after as counsel may be heard, the undersigned, attorneys for Defendant CoreSource, Inc. n/k/a Trustmark Health Benefits, Inc., ("THB"), ("Defendant"), will make application to the Honorable Robert Kirsch,  United States District Judge for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order dismissing the complaint pursuant to Federal Rule of Civil Procedure 12(b) and L.Civ.R. 12.1.

In support of this application, the Defendants will rely upon the Memorandum of Law and proposed form of Order filed with this motion.

Dated: July 21, 2023                     Respectfully submitted,


                                         By:  */s/ Louis P. DiGiaimo*
                                              Louis P. DiGiaimo
                                              ID No. 038231986
                                              **MᴄEʟʀᴏʏ, Dᴇᴜᴛsᴄʜ, Mᴜʟᴠᴀɴᴇʏ**
                                                **& Cᴀʀᴘᴇɴᴛᴇʀ, LLP**
                                              One Hovchild Plaza
                                              4000 Route 66
                                              Tinton Falls, NJ 07753
                                              (973) 565-2035

                                              -and-

                                              Andrew G. Jubinsky *(PHV to be filed)*
                                              Olivia Stedman (*PHV* to be filed)
                                              **Fɪɢᴀʀɪ + Dᴀᴠᴇɴᴘᴏʀᴛ, LLP**
                                              901 Main Street, Suite 3400
                                              Dallas, Texas 75202
                                              (214) 939-2000

                                         **Aᴛᴛᴏʀɴᴇʏs ғᴏʀ Dᴇғᴇɴᴅᴀɴᴛ CᴏʀᴇSᴏᴜʀᴄᴇ,
                                         Iɴᴄ. ɴ/ᴋ/ᴀ Tʀᴜsᴛᴍᴀʀᴋ Hᴇᴀʟᴛʜ Bᴇɴᴇғɪᴛs Iɴᴄ.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 21, 2023, a true and correct copy of the foregoing document was served via email on the following:

Aderemilekun Omojola
957 Route 33, Suite 12, #322
Hamilton Square, NJ 08690
aomojola@genesisdx.com
*Attorney for Plaintiff*

/s/      *Louis P. DiGiaimo*