UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC d/b/a GENESIS DIAGNOSTICS,<br><br>        Plaintiff,<br><br>  v.<br><br>CORESOURCE, INC., *et al.*,<br><br>        Defendants. | Civil Action No. 23-03777 (GC) (TJB)<br><br>**ORDER & JUDGMENT** |

  **THIS MATTER** comes before the Court upon Defendant CoreSource, Inc.'s Motion to Dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(2) or for failure to state a claim pursuant to Rule 12(b)(6).  (ECF No. 3.)  Plaintiff Abira Medical Laboratories, LLC, opposed, and Defendant replied.  (ECF Nos. 26 & 29.)  The Court carefully considered the submissions and decided the matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b).  For the reasons set forth in the Court's accompanying Opinion, and other good cause shown,

  **IT IS** on this 28th day of August, 2024, **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

  1. Defendant's Motion to Dismiss (ECF No. 3) is **GRANTED** in part and **DENIED** in part.

  2. The Court finds that it lacks personal jurisdiction over Defendant, and the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is directed to **TERMINATE** the motion pending at ECF No. 3 and to **CLOSE** this case.

*/s/ Georgette Castner*
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**